No. 97.   MUNOZ *v.* POLK, SHERIFF.

*Per Curiam:* The appeal is dismissed for want of a properly presented fed-

eral question. *Bernard A. Golding* for appellant.